Shawn L. Morris, Esq.
Nevada Bar No. 6753
Zachariah B. Parry, Esq.
Nevada Bar No. 11677
WOODBURY, MORRIS & BROWN
701 N. Green Valley Parkway, Suite 110
Henderson, Nevada 89074
(702) 933-0777
smorris@wmb-law.net
zparry@wmb-law.net
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAINTERS JOINT COMMITTEE, through its designated fiduciaries, John Smirk and Thomas Pfundstein; IUPAT INDUSTRY PENSION FUND; EMPLOYEE PAINTERS TRUST HEALTH & WELFARE FUND; PAINTERS VACATION-HOLDIAY SAVINGS FUND; PAINTERS INDUSTRY PROMOTION FUND; PAINTERS JCIP FUND; PAINTERS ORGANIZING FUND; and PAINTERS LABOR MANAGEMENT CONTRACT FUND;<br><br>Plaintiffs,<br><br>vs.<br><br>J.L. WALLCO, INC. dba Wallternatives, a Nevada corporation; GENUINE QUALITY COATINGS, INC., a Nevada corporation; SUNRISE PAINTING/RCH, INC., a Nevada Corporation; RICHARD REJAN NIETO, individually and dba Genuine Quality Coatings, Inc.; CLAUDIA BAMMER aka Claudia Nieto, and individual; RICHARD RAOUL (AKA RQOUL) NIETO, an individual; GREAT AMERICAN INSURANCE COMPANY; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive;<br><br>Defendants. | CASE NO.   10-CV-1385-JCM-PAL<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT** |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

On or about October 6, 2010, Defendants GENUINE QUALITY COATINGS, INC., SUNRISE PAINTING/RCH, INC., RICHARD REJAN NIETO, CLAUDIA BAMMER, and RICHARD RAOUL NIETO filed, in response to Plaintiffs' complaint, a Motion for Summary Judgment. Subsequently, on October 12, 2010, Defendant GREAT AMERICAN INSURANCE

COMPANY filed a joinder to the Motion.

Defendants hereby withdraw their Motion without prejudice. Defendants reserve the right to file a new motion in good faith as circumstances warrant.

DATED: this 9th day of November 2010.   WOODBURY, MORRIS & BROWN

 */s/ Zachariah B. Parry*
Shawn L. Morris, Esq.
Nevada Bar No. 6753
Zachariah B. Parry, Esq.
Nevada Bar No. 11677
701 N. Green Valley Parkway, Suite 110
Henderson, Nevada 89074
*Attorneys for Defendants*

**CERTIFICATE OF MAILING**

I hereby certify that on the 9th day of November 2010, I caused to be served a true and correct copy of the **NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT** by filing the same with the CM/ECF electronic filing system of the United States District Court for the District of Nevada, which is automatically sent to the following individuals:

Evan L. James, Esq.
CHRISTENSEN JAMES & MARTIN
7440 West Sahara Avenue
Las Vegas, Nevada 89117
702.255.1718
*Attorneys for the Union*

                                               */s/ Zachariah B. Parry*
                                               An Attorney at Woodbury, Morris & Brown

**WOODBURY, MORRIS & BROWN**
701 N. Green Valley Parkway, Suite 110
Henderson, Nevada 89074
(702) 933-0777 ♦ Fax (702) 933-0778