# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PAINTERS JOINT COMMITTEE, et al.,

          Plaintiffs,

v.

J.L. WALLCO, INC., et al.,

          Defendants.

2:10-CV-1385 JCM (PAL)

# ORDER

Presently before the court is defendants Claudia Bammer's, Genuine Quality Coatings, Inc.'s, Great American Insurance Company's, Richard Rejan Nieto, Richard Raoul Nieto, and Sunrise Painting/RCH, Inc.'s motion to withdraw the motion for summary judgment (doc. #12). (Doc. #18).

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to withdraw the motion for summary judgment without prejudice (doc. #18) is hereby GRANTED.

DATED November 22, 2010.

                                                                    **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**