# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAINTERS JOINT COMMITTEE, *et al.*, | |
| Plaintiffs, | Case No. 2:10-cv-01385-JCM-PAL |
| vs. | **ORDER** |
| J.L. WALLCO, INC., *et al.*, | (Mot. For Discovery - Dkt. #17) |
| Defendants. | |

Before the court is a proposed Order Granting Plaintiffs' Motion for Disclosure of ESD Records (Dkt. #26). On October 27, 2010, the Plaintiffs ("Trust Funds") filed a single document that was docketed as a response to Defendants' Motion for Summary Judgment (Dkt. #16), and Countermotion for Discovery (Dkt. #17). Defendants filed a Motion to Withdraw (Dkt. #18) the Motion for Summary Judgment (Dkt. #12) which the district judge granted in an Order (Dkt. #21) entered November 22, 2010. Plaintiffs' countermotion sought, in part, an order directing the Nevada Employment Security Division of the Department of Employment, Training and Rehabilitation ("ESD") to disclose to the Plaintiff Trust Funds copies of quarterly wage reports previously submitted to the ESD by Defendants J.L. Wallco, Inc.; Genuine Quality Coatings, Inc.; Sunrise Painting/RCH, Inc.; and/or Richard Rejan Nieto; Claudia Bammer (aka Claudia) Nieto; and Richard Raoul (aka Rqoul) Nieto.

No opposition to the motion was filed, and Plaintiffs have now submitted a proposed order granting the Motion for Disclosure of ESD Records.

The court's CM/ECF system reflects that the motion was served on the parties, but was not served on non-party ESD.

///

///

Accordingly,

**IT IS ORDERED** Plaintiffs' Motion for Discovery (Dkt. #17) is **DENIED without prejudice.**

Dated this 6th day of January, 2011.

_____
Peggy A. Leen
United States Magistrate Judge