# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAINTERS JOINT COMMITTEE, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> EMPLOYEE PAINTERS TRUST HEALTH & ) <br> WELFARE FUND, *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 2:10-cv-01385-JCM-PAL <br><br> **ORDER** |

Before the court is the parties' Stipulation and Order to Extend Dispositive Motion Deadline Pending Resolution of Discovery Motions (Dkt. #89), Amended Stipulation and Order to Extend Dispositive Motion Deadline Pending Resolution of Discovery Motions (Dkt. #90); and Stipulation and Order to Extend Deadline for Filing the Joint Pretrial Order Pending Resolution of Discovery Motion (Dkt. #94). The court has reviewed these stipulations and finds that the matters raised are now moot as the court has entered an order extending the discovery plan and scheduling order deadline. As such,

**IT IS ORDERED** that the Stipulations (Dkt. ##89, 90, 91) are **DENIED** as **MOOT**, and the deadlines in the Order (Dkt. #97) entered October 4, 2011, shall apply.

Dated this 4th day of October, 2011.

_____
Peggy A. Leen
United States Magistrate Judge