**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 00175
EVAN L. JAMES, ESQ.
Nevada Bar No. 007760
LAURA J. WOLFF, ESQ.
Nevada Bar No. 006869
7440 W. Sahara Ave.
Las Vegas, NV 89117
(702) 255-1718
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Painters Joint Committee, through its designated fiduciaries, John Smirk and Thomas Pfundstein; IUPAT Industry Pension Fund; Employee Painters Trust Health & Welfare Fund; Painters Vacation-Holiday Savings Fund; Painters Apprentice Training Trust Fund; Painters Industry Promotion Fund; Painters JCIP Fund; Painters Organizing Fund; and Painters Labor Management Contract Fund, | Case No. 10-cv-1385-JCM-PAL  <br><br>**STIPULATION FOR PROTECTIVE ORDER** |
| Plaintiffs, | |
| v. | |
| J.L. Wallco, Inc. dba Wallternatives, a Nevada corporation; Genuine Quality Coatings, Inc., a Nevada Corporation; Sunrise Painting/RCH, Inc., a Nevada Corporation; Richard Rejan Nieto, individually and dba Genuine Quality Coatings, Inc.; Claudia Bammer aka Claudia Nieto, an individual; Richard Raoul (aka Rqoul) Nieto, an individual; Great American Insurance Company; Shrader & Martinez Construction, Inc., a Nevada corporation; William Nyles Ross dba Quality Choice Construction; Western Surety Company; Merchants Bonding Company; John Does I-XX, inclusive; and Roe Entities I-XX, inclusive, | |
| Defendants. | |

Laura J. Wolff, Esq., Zachariah B. Parry, Esq., and Georlen K. Spangler, Esq., for their respective clients (hereafter "Parties"), hereby stipulate, agree and request this Court's Order, as follows:

1. On July 19, 2011, the Plaintiffs issued a subpoena to Sherwin-Williams Company that was subsequently served upon them;

2. Thereafter, Sherwin-Williams contacted the Plaintiffs' attorney and requested that a protective order be issued prior to providing the requested documents in order to protect their pricing structure;

3. The Defendants agreed to stipulate to such so that Sherwin-Williams can produce the requested documents with suitable assurances of confidentiality;

4. Therefore, the Plaintiffs and Defendants, by and through their respective counsel, do hereby stipulate to enter into a protective order attached hereto as Exhibit "1" for the documents requested from Sherwin-Williams Company, because they may contain sensitive, confidential, financial, private and/or proprietary commercial, personal and trade secret information ("Confidential Information").  However, this Stipulated Protected Order is signed for convenience, and by signing it, no party is agreeing or otherwise admitting that the documents requested from Sherwin-Williams actually contain Confidential Information.

DATED October 13th, 2011.

| CHRISTENSEN JAMES & MARTIN | WOODBURY, MORRIS & BROWN |
|---|---|
| By: */s/ Laura J. Wolff* <br> Laura J. Wolff, Esq. <br> Nevada Bar No. 6869 <br> 7440 W. Sahara Ave. <br> Las Vegas, NV 89117 <br> Telephone: (702) 255-1718 <br> *Attorneys for Plaintiffs* <br><br> KOLESAR & LEATHAM <br><br><br> By: */s/ Georlen K. Spangler* <br> Georlen K. Spangler, Esq. <br> Nevada Bar No. 3818 <br> E. Daniel Kidd, Esq. <br> Nevada Bar No. 010106 <br> 400 South Rampart Blvd., Suite 400 <br> Las Vegas, NV  89145 <br> Telephone: (702) 889-7726 <br> *Attorneys for Defendants William Nyles Ross dba Quality Choice Construction and Western Surety Company* | By: */s/ Zachariah B. Parry* <br> Zachariah B. Parry, Esq. <br> Nevada Bar No. 11677 <br> 701 No. Green Valley Pkwy., Suite 110 <br> Henderson, NV  89074-6178 <br> Telephone: (702) 933-0777 <br> *Attorneys for Defendants Genuine Quality Coatings, Richard Rejan Nieto, Richard Raoul Nieto, Claudia Bammer, Sunrise/RCH, Inc., Great American Insurance, Shrader & Martinez and Merchants  Bonding Company* |

**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 00175
EVAN L. JAMES, ESQ.
Nevada Bar No. 007760
LAURA J. WOLFF, ESQ.
Nevada Bar No. 006869
7440 W. Sahara Ave.
Las Vegas, NV 89117
(702) 255-1718
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Painters Joint Committee, through its designated fiduciaries, John Smirk and Thomas Pfundstein; IUPAT Industry Pension Fund; Employee Painters Trust Health & Welfare Fund; Painters Vacation-Holiday Savings Fund; Painters Apprentice Training Trust Fund; Painters Industry Promotion Fund; Painters JCIP Fund; Painters Organizing Fund; and Painters Labor Management Contract Fund, | Case No. 10-cv-1385-JCM-PAL |
| Plaintiffs, | **PROTECTIVE ORDER** |
| v. | |
| J.L. Wallco, Inc. dba Wallternatives, a Nevada corporation; Genuine Quality Coatings, Inc., a Nevada Corporation; Sunrise Painting/RCH, Inc., a Nevada Corporation; Richard Rejan Nieto, individually and dba Genuine Quality Coatings, Inc.; Claudia Bammer aka Claudia Nieto, an individual; Richard Raoul (aka Rqoul) Nieto, an individual; Great American Insurance Company; Shrader & Martinez Construction, Inc., a Nevada corporation; William Nyles Ross dba Quality Choice Construction; Western Surety Company; Merchants Bonding Company; John Does I-XX, inclusive; and Roe Entities I-XX, inclusive, | |
| Defendants. | |

Having considered the Stipulation for Protective Order between Plaintiffs and Defendants (Plaintiffs and Defendants are hereafter collectively "Parties"), to enter into a protective order for certain documents requested from Sherwin-Williams Company, and Good Cause Appearing,

IT IS SO ORDERED:

1. That the Parties will redact the monetary amounts on any Sherwin-Williams Company document they file with the Court.  However, if the monetary amount is relevant then the Parties will file the documents under seal with the Court to protect the integrity of the information.

2. That the Sherwin-Williams Company documents only be utilized for the purposed of the above-captioned matter and only be made available to the Parties, along with their counsel and any expert retained; and

3. That any additional party that is not a party to this Stipulation, or entering appearance subsequent to this Stipulation, will only be provided the above-referenced documents after signing an addendum or Amended Stipulation to include that party to this Protective Order prior to receiving a copy of the Sherwin-Williams Company documents.

4. Nothing in this order shall be construed to preclude any party from independently seeking the documents in any other lawsuit with Sherwin -Williams Company subject to the limitations imposed by the Nevada Rules of Civil Procedure or by local rule.

Dated and done this 47ыj day of"Qevqdgt, 2011.

_____
United States Magistrate Judge

Approved and Submitted by:                         Approved as to Form and Content:

CHRISTENSEN JAMES & MARTIN              WOODBURY MORRIS & BROWN

By:     */s/ Laura J. Wolff*                             By:*/s/ Zachariah B. Parry*
Laura J. Wolff, Esq.                                        Zachariah B. Parry, Esq.
Attorneys for Plaintiffs                                   Attorneys for Defendants

                                                                    KOLESAR & LEATHAM

                                                                    By:  */s/ Georlen K. Spangler*
                                                                    Georlen K. Spangler, Esq.
                                                                    Attorneys for Defendants