# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAINTERS JOINT COMMITTEE, et al., | |
|                            Plaintiffs, | Case No. 2:10-cv-01385-JCM-PAL |
| vs. | **ORDER** |
| GENUINE QUALITY COATINGS, INC., et al., | |
|                            Defendants. | |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Order (Dkt. #97) filed October 4, 2011, granting in part and denying in part Plaintiff's motion for extension of discovery, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than March 26, 2012, or thirty days after decision of dispositive motions. The Order (Dkt. #258) denying the motion for summary judgment and counter motion for summary judgment was entered August 21, 2012. As such, the proposed joint pretrial order should have been filed September 20, 2012. There is a Motion for Default Judgment (Dkt. #257) pending; however, the default, if entered, only affects two of the Defendants. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., October 29, 2012**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

///
///
///

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 15th day of October, 2012.

_____
Peggy A. Leen
United States Magistrate Judge