UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAINTERS JOINT COMMITTEE, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>J.L. WALLCO, INC. Dba Wallternatives, et al.,<br><br>             Defendants. | 2:10-CV-1385 JCM (PAL) |

**ORDER**

Presently before the court is defendant Sunrise Painting/RCH, Inc.'s motion to extend time to retain counsel. (Doc. # 302).[1] Plaintiffs filed a response in opposition. (Doc. # 305). Defendant Sunrise filed a reply. (Doc. # 306).

In a previous order, this court granted certain co-defendants, including Sunrise, fourteen days to find new counsel. (Doc. # 297). Co-defendants' prior counsel withdrew because co-defendants were not paying their attorney fees and represented that they would not be able to pay during an upcoming trial. (*See id.*). Defendant Sunrise, a corporation, now seeks an additional thirty days to find new counsel. Plaintiffs object to the extension and their objections are well-taken.

This is an old case that needs to proceed to trial. This will be the final extension to find new counsel. Defendant Sunrise, and presumably co-defendants Richard Raoul Nieto, Sr., and Claudia

---

[1] The motion was actually filed by co-defendant Richard Raoul Nieto, Sr., on behalf of Sunrise.

**James C. Mahan**
**U.S. District Judge**

1  Bammer, shall find new counsel within fourteen days of this order.

2      A corporation may only appear through licensed counsel. *See United States v. High Country*

3  *Broadcasting Co., Inc.*, 3 F.3d 1244, 1245.  If Sunrise does not find new counsel within fourteen

4  days of this order, then plaintiffs may move for case dispositive sanctions.

5      The parties are instructed to file a stipulation with proposed trial dates after individual co-

6  defendants find new counsel or decide to proceed *pro se*.

7      Accordingly,

8      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to

9  extend time to retain counsel (doc. # 302) be, and the same hereby, is GRANTED consistent with

10 the foregoing.

11     DATED April 10, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -