1  GEORLEN K. SPANGLER, ESQ.
   Nevada Bar No. 003818
2  E. DANIEL KIDD, ESQ.
   Nevada Bar No. 010106
3  **KOLESAR & LEATHAM**
   400 South Rampart Boulevard, Suite 400
4  Las Vegas, Nevada 89145
   Telephone: (702) 362-7800
5  Facsimile: (702) 362-9472
   E-Mail:    gspangler@klnevada.com
6             dkidd@klnevada.com

7  Attorneys for Defendants
   WILLIAM NYLES ROSS DBA QUALITY
8  CHOICE CONSTRUCTION AND WESTERN
   SURETY COMPANY

9                    **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11                              * * *

12  PAINTERS JOINT COMMITTEE, through its'      CASE NO. 10-cv-1385-JCM-PAL
    designated fiduciaries, JOHN SMIRK and
13  THOMAS PFUNDSTEIN; IUPAT INDUSTRY
    PENSION FUND; EMPLOYEE PAINTERS
14  TRUST HEALTH & WELFARE FUND;               ***EX PARTE* MOTION TO REMOVE**
    PAINTERS VACATION HOLIDAY                   **ATTORNEY FROM ELECTRONIC**
15  SAVINGS FUND; PAINTERS APPRENTICE                  **SERVICE LIST**
    TRAINING TRUST FUND; PAINTERS
16  INDUSTRY PROMOTION FUND;
    PAINTERS JCIP FUND; PAINTERS
17  ORGANIZING FUND; and PAINTERS
    LABOR MANAGEMENT CONTRACT
18  FUND,

19                    Plaintiffs,

20  vs.

21  J.L. WALLCO, INC. dba
    WALLTERNATIVES, a NEVADA
22  corporation; et, al.

23                    Defendants.

24         Georlen K. Spangler, Esq. and E. Daniel, Kidd, Esq. of Kolesar & Leatham, bring this *Ex*

25  *Parte* Motion to Remove Counsel from CM/ECF Service List.

26         Kolesar & Leatham represented Defendants, WILLIAM NYLES ROSS DBA QUALITY

27  CHOICE CONSTRUCTION AND WESTERN SURETY COMPANY in this matter.    On

28  November 14, 2012, this Court entered a Stipulation and Order for Dismissal of William Nyles

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1  Ross dba Quality Choice Construction [Docket No. 267].  Also, on February 7, 2013, this Court

2  entered a Stipulation and Order for Dismissal of Western Surety Company [Docket No. 279].

3  Therefore, it is no longer necessary that Kolesar & Leatham receive CM/ECF notice.

4      Therefore, Kolesar & Leatham requests that it be removed from the CM/ECF service list.

5      PLEASE TAKE NOTICE that Kolesar & Leatham:

6      1.    Requests to be removed from the mailing matrix on all service lists in these

7  proceedings.

8      DATED this 11th day of July, 2013.

9              KOLESAR & LEATHAM

10

11          By _____

        GEORLEN K. SPANGLER, ESQ.

12          Nevada Bar No. 003818

        E. DANIEL KIDD, ESQ.

13          Nevada Bar No. 010106

        400 South Rampart Boulevard, Suite 400

14          Las Vegas, Nevada  89145

15          *Attorneys for Defendants*

16          *William Nyles Ross dba Quality Choice*

        *Construction and Western Surety Company*

17              **ORDER**

18      IT IS SO ORDERED.

19      DATED this 15th day of _____July_____, 2013.

20          _____

        UNITED STATES MAGISTRATE JUDGE

21  Submitted by:

22  KOLESAR & LEATHAM

23

24  By _____

    GEORLEN K. SPANGLER, ESQ.

25      Nevada Bar No. 003818

    E. DANIEL KIDD, ESQ.

26      Nevada Bar No. 010106

    400 South Rampart Boulevard, Suite 400

27      Las Vegas, Nevada  89145

28

    *Attorneys for Defendants, William Nyles*

    *Ross dba Quality Choice Construction and*

    *Western Surety Company*

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472