# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| PAINTERS JOINT COMMITTEE, et al., | ) | |
| Plaintiffs, | ) | Case No. 2:10-cv-01385-JCM-PAL |
| vs. | ) | **ORDER** |
| J.L. WALLCO, INC., et al., | ) | (Mtn to Remove - Dkt. #377) |
| Defendants. | ) | |

This matter is before the court on Trent A. Richard's and Mark Bourassa's Ex Parte Motion to Remove from CM/ECF Electronic Notification (Dkt. #377) filed March 19, 2014.  The court has considered the Motion.

Mr. Richard and Mr. Bourassa are counsel of record for Defendant Great American Capital.  On March 14, 2014, the court entered an Order (Dkt. #) on the parties' Stipulation (Dkt. #) dismissing all claims filed by and against Defendant Great American.  Accordingly, they seek an order removing them from the electronic service list in this case.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that the Motion to Remove (Dkt. #377) is GRANTED.  The Clerk of the Court shall remove Mr. Richards, Mr. Bourassa, and all other attorneys, paralegals, and assistants of the Bourassa Law Group, LLC, from the electronic service list in this case.

Dated this 20th day of March, 2014.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE