# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAINTERS JOINT COMMITTEE, et al., <br><br>　　　　Plaintiffs, <br><br>v. <br><br>J.L. WALLCO, INC. Dba Wallternatives, et al., <br><br>　　　　Defendants. | 2:10-CV-1385 JCM (PAL) |

### ORDER

Presently before the court is the matter of *Painters Joint Committee, et al v. J.L. Wallco Inc., et al,* case no. 2:10-cv-1385-JCM-PAL.

On February 13, 2014, defendant Great American Capital filed a motion to dismiss the fourth amended complaint. (Doc. # 364). On March 7, 2014, the parties stipulated to dismiss all claims against Great American Capital with prejudice (doc. # 372) which the court approved (doc. # 374).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Great American Capital's motion to dismiss (doc. # 364) be, and the same hereby is, DENIED as moot.

DATED March 31, 2014.

*[signature: James C. Mahan]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**