**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 00175
EVAN L. JAMES, ESQ.
Nevada Bar No. 007760
LAURA J. WOLFF, ESQ.
Nevada Bar No. 006869
7440 W. Sahara Ave.
Las Vegas, NV 89117
(702) 255-1718
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Painters Joint Committee, through its designated fiduciaries, John Smirk and Thomas Pfundstein; IUPAT Industry Pension Fund; Employee Painters' Trust; Painters Vacation-Holiday Savings Fund; Painters Joint Apprenticeship and Journeyman Training Trust; Painters Industry Promotion Fund; Painters JCIP Fund; Painters Organizing Fund; and Painters Labor Management Contract Fund,<br><br>Plaintiffs,<br><br>vs.<br><br>J.L. Wallco, Inc. dba Wallternatives, a Nevada corporation; Genuine Quality Coatings, Inc., a Nevada Corporation; Sunrise Painting/RCH, Inc., a Nevada Corporation; Richard Rejan Nieto, individually and dba Genuine Quality Coatings, Inc.; Claudia Bammer aka Claudia Nieto, an individual; Richard Raoul Nieto, an individual; Shrader and Martinez Construction Inc., a Nevada corporation; Merchants Bonding Company; Great American Capital aka Great American Capitol, a Nevada Corporation.<br><br>Defendants. | Case No. 10-cv-1385-JCM-PAL<br><br>STIPULATION AND ORDER PROTECTING CONFIDENTIAL SETTLEMENT INFORMATION |

The undersigned parties, hereby stipulate as follows:

1. Shrader and Martinez Construction, Inc.; Richard Raoul Nieto; and Claudia Bammer (collectively "Defendants") have requested information from the Plaintiffs showing how much money from specific parties has been received in this litigation by the Plaintiffs through settlement;

2. The Plaintiffs are willing to provide the information but desire a protective order from the Court to ensure that there are no violations of any confidentiality provisions that may exist in settlement documents and that there are no violations of any confidentially expectations that the settling parties may have had;

3. The Defendants therefore agree that they will hold in strict confidence and not share, disseminate, or make available any settlement information between the Plaintiffs and any other party that may be disclosed to them now or in the future;

4. Unless disclosure is ordered by a court, the Defendants further agree that they will hold the Plaintiffs completely harmless (including but not limited to actual damages, incidental damages, legal fees and costs) from any intentional or negligent disclosure of the confidential information that results from their conduct or lack thereof.

Dated this  4th  day of ~~March~~ April, 2014.

CHRISTENSEN, JAMES & MARTIN

By: _Evan L. James_
Evan L. James, Esq.
Nevada Bar No. 7760
7440 W Sahara Ave.
Las Vegas, NV 89117
Counsel for Plaintiffs

Richard Nieto
6943 Cedar Basin Ave.
Las Vegas, NV 89142
In Proper Person

PICHARD PARRY KOLBE

By: _Zachariah B. Parry_
Zachariah B. Parry, Esq.
Nevada Bar No. 11677
10120 South Eastern Avenue, Suite 140
Henderson, NV 89052
Counsel for SMC

Claudia Bammer
6943 Cedar Basin Ave.
Las Vegas, NV 89142
In Proper Person

ORDER

IT IS SO ORDERED.

United States District Court Magistrate Judge

_Peggy A. Leen_
Peggy A. Leen

Dated: April 9, 2014

Submitted by:

CHRISTENSEN, JAMES & MARTIN

By: _Evan L. James_
Evan L. James, Esq.
Nevada Bar No. 7760
7440 W Sahara Ave.
Las Vegas, NV 89117
Counsel for Plaintiffs