1

2

3

4                          UNITED STATES DISTRICT COURT

5                               DISTRICT OF NEVADA

6                                      * * *

7    PAINTERS JOINT COMMITTEE, et al.,          Case No. 2:10-cv-01385-JCM-PAL

8                              Plaintiffs,              ORDER

9         v.                                     (Mot Leave File – Dkt. #388)

10   J.L. WALLCO, INC., et al.,

11                            Defendants.

12        Before the court is a motion by Associated General Contractors, Las Vegas Chapter's

13   Motion for Leave to File *Amicus Curiae* Brief in Support of General Contractor Defendants

14   (Dkt. #388).  The proposed brief is attached to the motion.  It consists of a seven-page brief with

15   an attached exhibit.

16        Having reviewed and considered the matter,

17        **IT IS ORDERED** the motion by Associated General Contractors, Las Vegas Chapter's

18   Motion for Leave to File *Amicus Curiae* Brief in Support of General Contractor Defendants

19   (Dkt. #388) is **GRANTED**.  Counsel for Associated General Contractors shall separately file and

20   docket the Amicus Brief no later than **July 8, 2014**.

21        DATED this 1st day of July, 2014.

22

23   _____
     PEGGY A. LEEN
24   UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                           1