CHRISTENSEN JAMES & MARTIN
KEVIN B. CHRISTENSEN, ESQ. (00175)
EVAN L. JAMES, ESQ. (07760)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
kbc@cjmlv.com
elj@cjmlv.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| PAINTERS JOINT COMMITTEE, *et al.*,<br>Plaintiffs,<br>vs.<br>J.L. WALLCO, INC., DBA WALLTERNATIVES, *et al.*,<br>Defendants. | CASE NO.: 10-cv-1385-JCM-PAL<br>**STIPULATION FOR ENTRY OF CONFESSION OF JUDGMENT**<br>DATE: N/A<br>TIME: N/A |

PAINTERS JOINT COMMITTEE, *et al.* (hereinafter "Plaintiffs" or "Trusts" ) by and through their attorneys, Christensen James & Martin, and the Defendants, RICHARD RAOUL NIETO, an individual ("Nieto") and SUNRISE PAINTING/RCH, INC. ("Sunrise"), (Nieto and Sunrise are collectively referred to as "Defendants") stipulate and agree as follows: This Stipulation for Entry of Confession of Judgment (hereinafter "Stipulation") is entered into by and between the above-named parties to settle and conclude certain legal claims relating to the payment of certain defined benefit plan contributions claimed to be due and owing by virtue of Defendants' interactions with Defendant J.L. Wallco, Inc. dba Wallternatives ("Wallco").

1. The parties agree that conduct falling under the elements of alter ego is detrimental to the orderly administration of wages and benefits between contractors, employees, union members and benefit plans, and such conduct, past present or future, is likely to harm the Plaintiffs' ability to pay for benefits due and owing or that may become due and owing to plan participants.

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

2. Defendants hereby waive any applicable statutes of limitation to each of Plaintiffs' claims in this Case.

3. The Confession of Judgment (hereinafter "Judgment") attached hereto as Exhibit 1 shall promptly be entered in favor of Plaintiffs and against Defendants.

4. Defendants, agree that evidence exists that meets all of the elements of the Causes of Action asserted in Plaintiffs' Complaint. By way of illustration and not limitation, the evidence supports the elements of a) common ownership, b) common management, c) interrelations of operations, and d) centralized control of labor relations between Defendants, Wallco, and Genuine Quality Coatings.

5. The Defendants understand how conduct relating to the a) common ownership, b) common management, c) interrelations of operations, and d) centralized control of labor relations between a union signatory employer and non union signatory employer creates *irreparable harm* or the *likelihood of irreparable harm* for the Plaintiffs who are legally obligated to provide benefits to *all* eligible plan participants even though contributions were not paid on behalf of those participants. Thus, plan assets and plan viability are unnecessarily placed at risk.

6. Due to the evidence and the potential for harm, Nieto agrees to a fifteen (15) year injunction wherein he shall not, directly or indirectly, own, affiliate with, associate with, be involved with labor relations, or provide any services (including but not limited to, management, consulting or estimating) to or for any painting or decorating contractor that is located or does business in Clark County, Nevada. Upon any violation of this Stipulation or the Judgment, Nieto further consents that the Plaintiffs may obtain from the Court an order to show cause why he should not be held in contempt for the violation. **Initials:** ___ ___

7. Defendants shall jointly and severely owe and pay to Plaintiffs the sum of TEN THOUSAND DOLLARS AND 00/100 ($10,000.00) ("Judgment Amount") upon which interest shall accrue at the rate of ten percent (10%) per annum.

8. Should Nieto violate the terms of this Stipulation or the Judgment, the Judgment Amount shall increase to NINE HUNDRED SEVENTY NINE THOUSAND SEVEN

HUNDRED SIXTY FIVE DOLLARS AND 86/100 ($979,765.86) (the amount determined by an auditor to be due and owing), with interest accruing at the rate set forth in this Stipulation. The Defendants waive any right to challenge the auditor's findings or Judgment Amount. Any amount paid toward the Judgment Amount upon default shall be applied to the increased Judgment Amount.

9. The Judgment Amount shall be discharged by payment to the Plaintiffs as follows:

a. Twenty-four (24) consecutive monthly payments in the amount of FOUR HUNDRED SIXTY ONE DOLLARS AND 45/100 ($461.45) each. The first such payment is due March1, 2015 and each payment thereafter shall be due on the first (1st) day of each calendar month.

b. Upon any violation of this Stipulation or the Court's Judgment, the Judgment Amount shall become immediately due and owing and the Plaintiffs may proceed with full collection activities to collect upon the Judgment.

c. Each of the payments shall be made payable to: "PAINTER'S JOINT COMMITTEE." Unless otherwise notified in writing, Defendants shall remit the payments to Plaintiffs' counsel, Christensen James & Martin, at 7440 W. Sahara Ave., Las Vegas, NV 89117. Should any payment be returned for insufficient funds, all subsequent payments shall be made using a cashier's check or money order.

d. Timing is of the essence as to all payments. Failure to remit any payment timely shall constitute a Default ("Default") for which a written Notice of Default ("Notice") shall be delivered to Defendants' last known address. Upon mailing of the Notice, Defendants shall have ten (10) days to cure the Default by remitting the required payment(s).

10. This Stipulation and the Judgment shall be considered one instrument and shall become binding when signed.

11. This Stipulation and the Judgment constitute the entire agreement between the Plaintiffs and the Defendants and shall supersede any and all prior oral and/or written representations, negotiations, understandings and agreements.

12. The Defendants agree that they are giving up the right to any notice or opportunity to be heard prior to the entry of the Judgment in favor of the Plaintiffs and prior to garnishment that may occur at a future date.

13. Neither this Stipulation nor the Judgment shall be construed against any party as drafter.

14. **Defendants, collectively and individually, understand that they have a RIGHT TO AN ATTORNEY but have chosen NOT to use an attorney. Initials:** ___ ___

15. **THE DEFENDANTS ADMIT THAT THEY HAVE BEEN TOLD THAT RETAINING AN ATTORNEY IS ADVISABLE AND WOULD BE PRUDENT. THEY HAVE DECLINED TO DO SO AND WAIVE ALL ARGUMENTS THAT THEY DID NOT HAVE AN OPPORTUNITY TO DO SO OR HAVE BEEN DISADVANTAGED BY THEIR CHOICE NOT TO DO SO. Initials:** ___ ___

16. ***NIETO UNDERSTANDS THAT THE INJUNCTION WILL RESTRICT OR PREVENT CERTAIN CONDUCT. HE NEVERTHELESS AGREES THAT THE INJUNCTION IS APPROPRIATE.*** **Initials:** ___ ___

CHRISTENSEN JAMES & MARTIN

By: Evan L. James
Evan L. James, Esq.
Nevada Bar No. 07760
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel. (702) 255-1718
Fax. (702) 255-0871
*Attorneys for Plaintiffs*

Date: February 5th, 2015.

RICHARD RAOUL NIETO

___________________________

Date: February 5th, 2015.

SUNRISE PAINTING/RCH, INC.

By: ___________________________
Richard Raoul Nieto, President

Date: February 5th, 2015.

Address for Nieto & Sunrise:
6943 Cedar Basin Ave.
Las Vegas, Nevada 89142

# EXHIBIT

# 1

CHRISTENSEN JAMES & MARTIN
KEVIN B. CHRISTENSEN, ESQ. (00175)
EVAN L. JAMES, ESQ. (07760)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
kbc@cjmlv.com
elj@cjmlv.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

PAINTERS JOINT COMMITTEE, *et al.*,

Plaintiffs,

vs.

J.L. WALLCO, INC., DBA WALLTERNATIVES, *et al.*,

Defendants.

CASE NO.: 10-cv-1385-JCM-PAL

**CONFESSION OF JUDGMENT**

DATE: N/A
TIME: N/A

Pursuant to the Stipulation for Entry of Confession of Judgment ("Stipulation") between the PLAINTIFFS, RICHARD RAOUL NIETO ("Nieto") and SUNRISE PAINTING/RCH, INC. ("Sunrise") (Nieto and Sunrise are collectively referred to as "Defendants"), it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The causes of action in the Plaintiffs' Fourth Amended Complaint are supported by the evidence, which includes a) common ownership, b) common management, c) interrelations of operations, and d) centralized control of labor relations of Sunrise; J.L. Wallco, Inc. dba Wallternatives ("Wallco"); and Genuine Quality Coatings.

2. The intertwining of companies is detrimental to the orderly administration of wages and benefits between contractors, employees, union members and benefit plans and harms the Plaintiffs' ability forecast liabilities and pay benefits due and owing or that may become due and owing to plan participants.

3. Nieto's continued conduct in the painting and decorating industry represents a continued and ongoing threat to the orderly and effective administration and payment of wages

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

and benefits to and for other individuals who earn their livings by laboring and/or conducting business in that industry.

4. Based upon the conduct and Nieto's consent, which was freely given, Nieto is hereby ENJOINED for a period of fifteen (15) years from directly or indirectly, owning, affiliating with, associating with, overseeing labor relations, or providing any services (including but not limited to, management, consulting or estimating) to or for any painting or decorating contractor located in or that does business in Clark County, Nevada.

5. Nieto and Sunrise shall pay to Plaintiffs the total sum of TEN THOUSAND DOLLARS AND 00/100 ($10,000.00) ("Judgment Amount") upon which interest shall accrue at the rate of ten percent (10%) per annum.

6. Should Nieto violate the terms of the Stipulation, the Injunctions or other provision of this Judgment, the Judgment Amount shall increase to NINE HUNDRED SEVENTY NINE THOUSAND SEVEN HUNDRED SIXTY FIVE DOLLARS AND 86/100 ($979,765.86) (the amount determined by an auditor), with interest accruing at the rate set forth herein. The Defendants waive any right to challenge the auditor's findings or Judgment Amount, whether or not increased. Any amount paid toward the Judgment Amount shall upon default be applied to the increased Judgment Amount.

7. The Judgment Amount shall be discharged as follows:

    a. Twenty-four (24) consecutive monthly payments in the amount of FOUR HUNDRED SIXTY ONE DOLLARS AND 45/100 ($461.45) each. The first such payment is due March 1, 2015 and each payment thereafter shall be due on the first (1st) day of each calendar month.

    b. Upon any violation of the Stipulation or this Judgment, the Judgment Amount shall become immediately due and owing and the Plaintiffs may proceed with full collection activities in addition to pursuing Court action through an order to show cause proceeding.

c. Payments shall be made payable to: "PAINTER'S JOINT COMMITTEE." Unless notified in writing, Defendants shall remit the payments to Plaintiffs' counsel, Christensen James & Martin, at 7440 W. Sahara Ave., Las Vegas, NV 89117. If any payment is returned for insufficient funds, all subsequent payments shall be made by cashier's check or money order.

d. Timing is of the essence as to all payments. Failure to remit any payment timely shall constitute a Default ("Default") for which a written Notice of Default ("Notice") shall be delivered to Defendants' last known address. Upon mailing of the Notice, Defendants shall have ten (10) days to cure the Default by remitting the required payment(s).

Dated February 13, 2015.

James C. Mahan

UNITED STATES DISTRICT JUDGE

Submitted by:

Evan L. James

CHRISTENSEN JAMES & MARTIN
Evan L. James, Esq.
Nevada Bar No. 07760
7440 W. Sahara Ave
Las Vegas, 89117
(702) 255-1718
*Attorneys for Plaintiffs*

**AGREEMENT AND CONSENT NIETO**

Richard Raoul Nieto hereby agrees and consents to the foregoing Judgment, acknowledges that he has had an opportunity to retain an attorney regarding the matter but has chosen not to do so, signed below and the associated Stipulation upon his own free will and choice, and asserts the Judgment should be entered by the Court as soon as possible.

Richard Raoul Nieto, Individually

Subscribed and Sworn before me
this 5 day of February, 2015.

Notary Public



NATALIE LARSON
Notary Public - State of Nevada
Appointment Recorded in Clark County
No. 01-69738-1 My Appointment Expires Aug. 21, 2017

**AGREEMENT AND CONSENT SUNRISE**

Richard Raoul Nieto, on behalf of Sunrise Painting, hereby agrees and consents to the foregoing Judgment, acknowledges that he has had an opportunity to retain an attorney regarding the matter but has chosen not to do so, signed below and the associated Stipulation upon his own free will and choice, and asserts the Judgment should be entered by the Court as soon as possible.

Richard Raoul Nieto, President

Subscribed and Sworn before me
this 5 day of February, 2015.

Notary Public

NATALIE LARSON
Notary Public - State of Nevada
Appointment Recorded in Clark County
No. 01-69738-1 My Appointment Expires Aug. 21, 2017