**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (00175)
EVAN L. JAMES, ESQ. (07760)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
kbc@cjmlv.com
elj@cjmlv.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| PAINTERS JOINT COMMITTEE, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>J.L. WALLCO, INC., DBA WALLTERNATIVES, *et al.*,<br><br>    Defendants. | CASE NO.: 10-cv-1385-JCM-PAL<br><br>JUDGMENT AGAINST J.L. WALLCO, INC. DBA WALLTERNATIVES; RICHARD REJAN NIETO; AND GENUINE QUALITY COATINGS, INC. |

Judgment is hereby entered against J.L. Wallco, Inc. dba Wallternatives; Richard Rejan Nieto and Genuine Quality Coatings, Inc. in the amount of $930,946.40.

The Court considered Plaintiffs' Motion for Default Judgment against Defendant J.L. Wallco, Inc. dba Wallternatives and Motion to Enter Liquidated Judgment Amount Against Richard Rejan Nieto and Genuine Quality Coatings, Inc. After consideration of the presented argument and the facts set forth in the pleadings, the Court is satisfied that the factors set forth in Eitel v. McCool, 782 F.2d 1470 (9th Cir. 1986) support the entry of this Judgment.

Dated March 4, 2015.

United States District Court Judge

_____
James C. Mahan

Submitted by:

Christensen James & Martin

By: */s/ Evan L. James*
    Evan L. James, Esq. (7440)