UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PAINTERS JOINT COMMITTEE, et al.,<br><br>　　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>J.L. WALLCO, INC., dba WALLTERNATIVES, et al.,<br><br>　　　　　　　　　　　Defendant(s). | Case No. 2:10-CV-1385 JCM (PAL)<br><br>ORDER |

　　　　Presently before the court is the matter of *Painters Joint Committee, et al. v. J.L. Wallco, Inc., et al.*, case number 2:10-cv-01385-JCM-PAL.

　　　　On February 5, 2015, the parties filed a stipulation for entry of confession and judgment against Richard Raoul Nieto and Sunrise Painting/RCH, Inc. (doc. # 414) and a stipulation and order to dismiss claims against Claudia Bammer (doc. # 415.)  The court granted these stipulations on February 13, 2015.  (Docs. ## 420, 421).

　　　　Plaintiffs filed a status report on February 6, 2015.  (Doc. # 418).  Plaintiffs informed the court that, having reached a resolution with defendants Richard Raoul Nieto, Bammer, and Sunrise, the only matters remaining for the court are a default judgment against J.L. Wallco, Inc., ("Wallco") and the entry of a judgment amount against Richard Rejan Nieto and Genuine Quality Coatings, Inc., which plaintiffs collective referred to as "GQC."  Plaintiffs represented that they were preparing pleadings to address the remaining issues, and planned to present the court the documents to the court by February 20, 2015.  Plaintiffs stated that, based on the foregoing, they believed that it would be appropriate to vacate the March 16, 2015, trial date.

**James C. Mahan**
**U.S. District Judge**

1  On February 19, 2015, plaintiffs filed a motion for default judgment against the two
2  remaining defendants in this litigation, GQC and Wallco.  (Doc. # 423).  The court granted this
3  motion and imposed judgment in favor of plaintiffs on March 4, 2015.  (Doc. # 424).

4  Plaintiffs are scheduled to appear for calendar call before the court on Wednesday, March
5  11, 2015.  Trial is currently scheduled to begin March 16, 2015.  All claims and issues appear to
6  have been fully adjudicated and the plaintiffs appear to support vacating the trial date.

7  Accordingly,

8  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs shall present
9  to the court at calendar call on Wednesday, March 11, 2015, supplemental documentation or other
10  evidence showing cause as to why this action should not be dismissed with prejudice and the case
11  closed.

12  DATED March 10, 2015.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**