1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                          **DISTRICT OF NEVADA**
6                              * * * * *
7    PAINTERS JOINT COMMITTEE, *et al.*,          | CASE NO.: 10-cv-1385-JCM-PAL
8                          Plaintiffs,
     vs.
9
     J.L. WALLCO, INC., DBA
10   WALLTERNATIVES, *et al.*,
11                        Defendants.
12
13                              ORDER
14       Pursuant to representations made by Plaintiffs' counsel at calendar call that all defendants
15   have either been dismissed from the litigation or have had judgment entered against them, the
16   Court hereby vacates the trial date and out of caution and upon consent of counsel orders that all
17   claims are dismissed against any party to the litigation who has not already been dismissed or
18   received a judgment.  The Court further orders that the case is closed but retains jurisdiction over
19   its already entered orders and judgments.
20       Dated: March 13, 2015.

                                        United States District Court Judge
21                                      *Janus C. Mahan*
22                                      James C. Mahan
23   Submitted by:
24   Christensen James & Martin
25   By: /s/ Evan L. James
         Evan L. James, Esq. (7440)
26       7440 W Sahara Ave.
         Las Vegas, NV 89117
27       Phone: (702) 255-1718
         Fax:  (702) 255-0871
28